# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSHUA CHRISTOPHER POLLARD** | **CIVIL ACTION** |
| **VERSUS** | **NO: 21-1964** |
| **CRAIG WEBRE, ET AL.** | **SECTION: "H" (4)** |

## ORDER

The Court, having considered the record, applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of the plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Pollard's § 1983 claims against Sheriff Webre, the State of Louisiana, and Bossier Parish Officers are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted pursuant to Title 28 U.S.C. §1915(e) and § 1915A and Title 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 16th day of March 2023.

_____
JUDGE JANE TRICHE MILAZZO
UNITED STATES DISTRICT COURT